# UNITED STATES DISTRICT COURT
### for
### NORTHERN DISTRICT OF TEXAS

## Report on Person Under Supervision - Court Decision Requested

Person Under Supervision:  Thelma Marshell Anderson　　　　Case No.:  3:24-CR-00191-K(1)

Name of Sentencing Judge:  U.S. District Judge Ed Kinkeade

Date of Original Sentence:  March 5, 2025

Original Offense:  Wire Fraud, 18 U.S.C. § 1343, a Class C felony

Original Sentence:  4 year term of probation

Revocations:  None

Type of Supervision:  Probation　　　　Date Supervision Commenced:  March 5, 2025

Assistant U.S. Attorney:  Ryan Patrick Niedermair　　Defense Attorney:  Gabriela Vega
(Court appointed)

## Notification To The Court For Cause As Follows:

### I.

The following information/request is being presented for the Court's review and decision:

Thelma Anderson is requesting permission to travel for work purposes to Savoie, France, leaving January 14 and returning January 19, 2026. In accordance with policy guidelines regarding travel outside of the United States, the request is referred to the Court for consideration.

Ms. Anderson is employed and maintains a stable residence. Ms. Anderson has $49.19 remaining on her Court ordered restitution. A criminal record check completed January 6, 2026, revealed no new criminal activity since the start of her term of probation.

### II.

The probation officer recommends the following action for the Court to consider:

Ms. Anderson is currently in compliance with her conditions of probation. It is respectfully recommended the travel request be approved. She will be instructed to notify the U.S. Probation Office upon her return to the United States.

Thelma Marshell Anderson
Report on Person Under Supervision - Court Decision Requested

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on January 6, 2026
Respectfully submitted,                          Approved,

s/Courtney Rich                                   s/Courtney Rich
Supervising U.S. Probation Officer                Supervising U.S. Probation Officer
Dallas Division                                   Phone:  469-623-1237
Phone:  469-623-1237
Email: Courtney_Rich@txnp.uscourts.gov

---

**Order of the Court:**

☑   Agrees with the recommendation of the probation officer.

☐   Disagrees with the recommendation of the probation officer.

☐   Directs the probation officer to submit a request for modifying the conditions or term of
supervision.

☐   Directs the probation officer to submit a request for a warrant or summons.

☐   Other or Additional:

☐   File under seal until further order of the Court.

Ed Kinkeade
U.S. District Judge

1/7/2026
Date

CR